Armour & Company, appellee, v. David Rosenheim, appellant. Gen. No. 27,695.

Action for a balance due on the purchase price of cheese. Judg-

ment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed December 5, 1922.

James A. O'Callaghan, Cyrus Heren, Eldon M. Votah and Harris F. Williams, for appellant. Allen, Ward, Myers & Schwartz, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.